# United States Court of Appeals for the Federal Circuit

January 13, 2016

**ERRATA**

Appeal No. 2015-7114

**DONALD E. GOLEMON**
v.
**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS**

Decided:  January 8, 2016
Nonprecedential Opinion

Please make the following change:

Page 3, line 29, change "Board" to --Veterans Court--.